PURE-VAC DAIRY PRODUCTS CORP. *v.* MISSIS-
SIPPI EX REL. PATTERSON, ATTORNEY
GENERAL.

No. 179.   Decided October 11, 1965.

*George E. Morrow* for appellant.

*Joe T. Patterson,* Attorney General of Mississippi, and
*John L. Hatcher,* Special Assistant Attorney General, for
appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

FILISTER ET AL. *v.* CITY OF MINNEAPOLIS ET AL.

No. 184.   Decided October 11, 1965.

*Josiah E. Brill* for appellants.

*Arvid Falk* and *Kenneth W. Green* for appellees.

PER CURIAM.

The motion to substitute Katherine E. Bliss in place
of J. J. Bliss as a party appellant is granted.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.